APPEAL No. 76-424. SMITHFIELD EDUCATION ASSOCIATION *v.* SMITHFIELD SCHOOL COMMITTEE. The plaintiff's motion to dismiss the defendant's appeal is denied.

The defendant is granted an extension of time to file its brief until July 8, 1977. This is the last extension to be granted. *Natale L. Urso,* for plaintiff. *Goldman, Biafore & Hines, John H. Hines, Jr.,* for defendant.

APPEAL No. 76-447. ANTONIO J. SOUZA, JR. *et al. v.* LERA L. O'HARA. The plaintiffs' motion to sustain their appeal for failure of the defendant to file a brief is denied.

Anthony DelGuidice Esq., attorney for defendant, ▮▮▮

▮ *Aram K. Berberian,* for plaintiffs. *Anthony S. Del Guidice,* for defendant.